THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THEODORE B. SAVAGE,

    Plaintiff,

v.

PATRICK O'MALLEY, et al.,

    Defendants.

3:16-CV-295
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 12th DAY OF JANUARY, 2017, upon review of Magistrate Judge Mehalchick's Report & Recommendation, (Doc. 8), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 8), is **ADOPTED**, for the reason stated therein.

2. Defendant's Motion to Dismiss for Failure to Prosecute, (Doc. 5), is **GRANTED**.

3. Plaintiff's Complaint, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge